1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7                         FOR THE DISTRICT OF ARIZONA
8
9   Kerry Allyn Chase,                    )   No. CV04-0056-PHX-NVW
                                          )
10              Plaintiff,                )   **ORDER**
                                          )
11  vs.                                   )
                                          )
12                                        )
    Brian Cox, et. al.,                   )
13                                        )
                Defendants.               )
14                                        )
                                          )
15
16
17         By order and judgment entered February 24, 2006 (doc. ## 103 and 104), the Court
18  granted Defendants' motions of summary judgment, there having been no opposition filed
19  within the February 10, 2006 deadline previously ordered.  On February 27, 2006, a
20  Response dated January 31, 2006 (doc. # 105) and a response Statement of Facts dated and
21  notarized February 10, 2006 (doc. # 106), were received by the clerk of the court.  Neither
22  document contains a certificate of service as required by Fed. R. Civ. P. 5(d) certifying the
23  date on which they were served or delivered to prison officials for mailing.  Plaintiff has not
24  established that his purported Response was timely filed by delivery to prison officials for
25  mailing within the ordered time.  Giving Plaintiff the benefit of any doubt, the Court will
26  treat the Response as timely filed and call for a reply.
27         IT IS THEREFORE ORDERED that Plaintiff's Response (doc. # 105) and Statement
28  of Facts (doc. # 106) are treated as timely filed and the order and judgment entered February

1  24, 2006 (doc. ## 103 and 104) are vacated. Defendants may file replies to the Response by
2  March 31, 2006.
3        DATED this 10th day of March, 2006.

                                      Neil V. Wake
                               United States District Judge